FRED S. BLUM, ESQ. (SBN 101586)
RUBEN P. RUIZ, ESQ. (SBN 241729)
**BASSI, MARTINI, EDLIN & BLUM LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for DEFENDANT
**GEOSTAR FINANCIAL CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTENBAUGH-LEE INVESTMENTS, LLC, a California Limited Liability Company,, <br><br> Plaintiff, <br><br> vs. <br><br> GEOSTAR FINANCIAL CORPORATION, a Delaware corporation,, <br><br> Defendant. | CASE NO.   C 06 5513 <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT GEOSTAR FINANCIAL CORPORATION TO SERVE PLAINTIFF WITH PROPOSED CROSS CLAIM** |

   WHEREAS, Defendant GEOSTAR FINANCIAL CORPORATION ("GEOSTAR") was ordered to serve upon Plaintiff FORTENBAUGH LEE INVESTMENTS ("FLI") any proposed cross claim by April 23, 2007;

   WHEREAS, GEOSTAR was ordered to file any necessary motion in support of its right to file a cross claim by April 30, 2007;

   WHEREAS, GEOSTAR was unable to confer with, Brian Johnson, who is the attorney most knowledgeable in this matter. Brian Johnson, who is employed by a different law firm, is responsible for the document review of the material that was confiscated by the I.R.S. from

26159 wpd

1

1 | ClassicStar. As a result, GEOSTAR could not make a reasoned decision as to the
2 | appropriateness of any proposed cross claim;
3 |     WHEREAS, Brian Johnson is unavailable from April 14-20 2007;
4 |     THEREFORE, GEOSTAR and FLI, through their respective counsel, hereby stipulate the
5 | dates can be changed and GEOSTAR's time to serve any proposed cross claim is extended to
6 | April30, 2007, and GEOSTAR's time to file a motion in support of its right to file a cross claim
7 | is extended until May 7, 2007. The parties also stipulate that this stipulation does require the
8 | signature of FLI counsel.
9 | //
10 | //
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 |

26159.wpd

2

STIPULATION AND ORDER EXT. TIME FOR DEF. GEOSTAR TO SERVE PLT. PROP. CROSS CLAIM- CASE C 065513

1  Defendant shall have up until and including April 30, 2007 to serve FLI with any
2  proposed cross claim, and until May 7, 2007 to file a motion in support of GEOSTAR's right to
3  file a cross claim.

4

5  Dated: April 19, 2007       **PETERS SCOFIELD PRICE**
                                A Professional Law Corporation
6

7

8                               By: _____
                                    DAVID W. SCOFIELD
9                                   Attorneys for PLAINTIFF
                                    **FORTENBAUGH LEE INVESTMENTS**
10

11
   Dated: April 19, 2007       **BASSI, MARTINI, EDLIN & BLUM LLP**
12

13
                                By: _____
14                                  FRED M. BLUM
                                    Attorneys for DEFENDANT
15                                  **GEOSTAR FINANCIAL CORPORATION**

16
   **IT IS SO ORDERED.**
17

18
   Dated: April 23, 2007       By: _____
19                                 HON.

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

20
21
22
23
24
25
26
27
28

26159.wpd

3

| | | |
|---|---|---|
| 1 | Re: | **FORTENBAUGH-LEE INVESTMENTS, LLC, a California Limited Liability Company v. GEOSTAR FINANCIAL CORPORATION, a Delaware corporation** |
| 2 | | **United States District Court, Northern District, Case No. C 06 5513** |

### PROOF OF SERVICE - CCP § 1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, MARTINI, EDLIN & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date set forth below, I served the within:

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT GEOSTAR FINANCIAL CORPORATION TO SERVE PLAINTIFF WITH PROPOSED CROSS CLAIM**

on the following parties:

| | |
|---|---|
| David W. Scofield, Esq.<br>PETERS SCOFIELD PRICE<br>340 Broadway Centre<br>111 East Broadway<br>Salt Lake City, Utah 84111<br>Telephone: (801) 322-2002<br>Facsimile: (801) 322-2203 | Richard A. Ergo, Esq.<br>Kenneth B. McKenzie, Esq.<br>BOWLES & VERNA LLP<br>2121 N. California Blvd., Suite 875<br>Walnut Creek, CA 94596<br>Telephone: (925) 935-3300<br>Facsimile: (925) 935-0371 |

\_\_\_ **BY PERSONAL SERVICE:** I caused a copy of said documents to be hand delivered to the interested party at the address set forth above.

**XX** **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

\_\_\_ **BY FEDERAL EXPRESS:** I caused such envelope to be deposited in the appropriate Federal Express envelope, to the Federal Express office located at 120 Bush Street, San Francisco, California 94104, to be delivered by the next business day. I am readily familiar with the firm's practice for collection and processing of correspondence for transmittal by Federal Express. It is deposited with Federal Express on that same day in the ordinary course of business.

**XX** **BY FACSIMILE:** I caused said documents to be sent via facsimile to the interested party at the facsimile number set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on April 20, 2007, at San Francisco, California.

*/s/ Rose Warren*
ROSE WARREN