UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORTENBAUGH-LEE INVESTMENTS LLC,

    Plaintiff,

    v.

GEOSTAR FINANCIAL CORP.,

    Defendant.
_____/

No. C 06-5513 PJH

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

Defendant Geostar Financial Corp. having filed a statement of non-opposition to plaintiff Fortenbaugh-Lee Investments LLC's motion for summary judgment, the court hereby GRANTS the motion.

The date for the hearing on the motion, previously set for Wednesday, May 30, 2007, is VACATED.

Plaintiff shall submit a proposed form of judgment, no later than May 30, 2007.

**IT IS SO ORDERED.**

Dated: May 18, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge