RICHARD A. ERGO (#110487)
rergo@bowlesverna.com
KENNETH B. MCKENZIE (#142894)
kmckenzie@bowlesverna.com
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371

DAVID W. SCOFIELD (Pro Hac Vice Application Forthcoming)
dws@psplawyers.com
PETERS SCOFIELD PRICE
A Professional Corporation
340 Broadway Centre
111 East Broadway
Salt Lake City, Utah 84111
Telephone: (801) 322-2002
Facsimile: (801) 322-2003

Attorneys for Plaintiff
Fortenbaugh-Lee Investments, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTENBAUGH-LEE INVESTMENTS, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>GEOSTAR FINANCIAL CORPORATION, a Delaware corporation,<br><br>    Defendant. | Case No.: C 06-5513 PJH<br><br>**STIPULATION TO ORDER AND ORDER TO AMEND JUDGMENT TO INCLUDE AMOUNTS OF ATTORNEY'S FEES AND COSTS** |

## I. STIPULATION

Plaintiff FORTENBAUGH-LEE INVESTMENTS, LLC and defendant GEOSTAR FINANCIAL CORPORATION, through their respective attorneys, hereby agree and stipulate as follows:

-1-

STIPULATION TO ORDER AND ORDER TO AMEND JUDGMENT TO INCLUDE AMOUNTS OF ATTORNEY'S FEES AND COSTS

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

1. That the Judgment filed in this action on June 1, 2007 be amended to include an award of attorney's fees, costs and expenses in the sum of $22,960.77. A copy of the Amended Judgment to be executed and filed by the Court is attached hereto as Exhibit "A".

2. That plaintiff will not request that additional attorney's fees, costs or expenses be awarded by any means, including a motion for attorney's fees or cost bill.

**IT IS SO STIPULATED:**

Dated: June 14, 2007

KENNETH B. MCKENZIE
Attorneys for plaintiff
Fortenbaugh-Lee Investments, LLC

Dated: _____

FRED BLUM
Attorneys for defendant
Geostar Financial Corporation

## II. ORDER

Based on the above Stipulation,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the Judgment filed in this action on June 1, 2007 be amended to include an award of attorney's fees, costs and expenses in the sum of $22,960.77.

Dated: _____

The Honorable Phyllis J. Hamilton

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

STIPULATION TO ORDER AND ORDER TO AMEND JUDGMENT TO INCLUDE AMOUNTS OF ATTORNEY'S FEES AND COSTS

1. That the Judgment filed in this action on June 1, 2007 be amended to include an award of attorney's fees, costs and expenses in the sum of $22,960.77. A copy of the Amended Judgment to be executed and filed by the Court is attached hereto as Exhibit "A".

2. That plaintiff will not request that additional attorney's fees, costs or expenses be awarded by any means, including a motion for attorney's fees or cost bill.

**IT IS SO STIPULATED:**

Dated: _____

KENNETH B. MCKENZIE
Attorneys for plaintiff
Fortenbaugh-Lee Investments, LLC

Dated: 6/14/07

FRED BLUM
Attorneys for defendant
Geostar Financial Corporation

## II. ORDER

Based on the above Stipulation,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the Judgment filed in this action on June 1, 2007 be amended to include an award of attorney's fees, costs and expenses in the sum of $22,960.77.

Dated: 6/25/07

The Honorable
IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION TO ORDER AND ORDER TO AMEND JUDGMENT TO INCLUDE AMOUNTS OF ATTORNEY'S FEES AND COSTS

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

RICHARD A. ERGO (#110487)
rergo@bowlesverna.com
KENNETH B. MCKENZIE (#142894)
kmckenzie@bowlesverna.com
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371

DAVID W. SCOFIELD (Pro Hac Vice Application Forthcoming)
dws@psplawyers.com
PETERS SCOFIELD PRICE
A Professional Corporation
340 Broadway Centre
111 East Broadway
Salt Lake City, Utah 84111
Telephone: (801) 322-2002
Facsimile: (801) 322-2003

Attorneys for Plaintiff
Fortenbaugh-Lee Investments, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTENBAUGH-LEE INVESTMENTS, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br>GEOSTAR FINANCIAL CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No.: C 06-5513 PJH<br><br>**AMENDED JUDGMENT** |

The Motion for Summary Judgment filed by plaintiff Fortenbaugh-Lee Investments, LLC was scheduled to be heard by the Honorable Phyllis J. Hamilton on May 30, 2007. Defendant Geostar Financial Corporation having filed a Statement of Non-Opposition to the motion, and the Motion for Summary Judgment having been granted by Order dated May 18, 7007, Judgment was entered in favor of plaintiff Fortenbaugh-Lee Investments, LLC and against defendant

-1-

AMENDED JUDGMENT

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

Geostar Financial Corporation on June 1, 2007 in the sum of $3,342,114.54, with interest at the rate of $558.10 per diem from February 14, 2007 until the judgment is paid, together with all attorney's fees, costs and expenses to be awarded pursuant to Civil Local Rule 54.

The Court having now issued an Order setting the amount of attorney's fees, costs and expenses pursuant to the stipulation of the parties, the Judgment is hereby amended as follows:

1.   Judgment is entered in favor of plaintiff Fortenbaugh-Lee Investments, LLC and against defendant Geostar Financial Corporation in the sum of $3,342,114.54, with interest at the rate of $558.10 per diem from February 14, 2007 until the judgment is paid, together with $22,960.77 in attorney's fees, costs and expenses.

DATED: _____     _____
The Honorable Phyllis J. Hamilton

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-
AMENDED JUDGMENT